UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FAMILY ORIENTED COMMUNITY UNITED STRONG, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LOCKHEED MARTIN CORPORATION, <br><br> Defendant. | Case No. _____ <br><br> Removed from the <br> Circuit Court of Florida <br> Manatee County <br> Twelfth Judicial Circuit |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Please take notice that Defendant Lockheed Martin Corporation ("Lockheed Martin") hereby removes this action to federal court pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, with full reservation of any and all defenses and objections. In support of this Notice, Defendant respectfully submits as follows:

1. On January 11, 2011, Plaintiff Family Oriented Community United Strong, Inc. ("FOCUS") filed this civil action against Lockheed Martin in the Circuit Court of Florida, Manatee County, Twelfth Judicial Circuit, Case No. 2011 CA 000189 (hereinafter "State Court Action"). The Complaint claims that Lockheed Martin failed to make payments to FOCUS in breach of a purported contract between the parties. Complaint ("Compl.") at ¶¶ 36-47.

2. Removal is timely pursuant to 28 U.S.C. § 1446(b). On January 12, 2011, counsel for Lockheed Martin accepted service of process, and this Notice is being filed within thirty (30) days of service of the Complaint.

3. In accordance with 28 U.S.C. § 1446(a) and U.S. District Court for the Middle District of Florida, Local Rule 4.02(b), copies of "all process, pleadings, orders, and other papers or exhibits of every kind" on file in the State Court Action are attached as Exhibit A.

4. The Circuit Court of Florida, Manatee County, is located within the Middle District of Florida, Tampa Division.

5. An action may be removed to federal court under 28 U.S.C. § 1441(a) where the Court has jurisdiction pursuant to 28 U.S.C. § 1332. This Court has original jurisdiction over this case because the Plaintiff and Defendant are of completely diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a); *Beavers v. A.O. Smith Electrical Products Co.*, 265 Fed. Appx. 772, 776 (11th Cir. 2008) ("Diversity jurisdiction requires complete diversity – every plaintiff must be diverse from every defendant."); *Taylor Newman Cabinetry, Inc. v. Classic Soft Trim, Inc.*, No. 6:10-cv-1445, 2010 WL 4941666, at *2 (M.D. Fla. Nov. 3, 2010) ("Section 1332 demands complete diversity, such that no plaintiff may be a citizen of the same state as any defendant.").

**Diversity of Citizenship**

6. "[A] corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

7. Plaintiff FOCUS "is a non profit corporation organized and existing under the laws of the State of Florida, and operating in Manatee County, Florida." Compl. at ¶ 2. According to the Complaint, FOCUS is a citizen of the State of Florida based on its state of incorporation and the location of its principal place of business.

8. Defendant Lockheed Martin is a citizen of the State of Maryland. Lockheed Martin is incorporated in Maryland, and its principal place of business is located at its corporate headquarters in Bethesda, Maryland, where the "high level officers direct, control, and coordinate the corporation's activities." *See* Declaration of Dana Bennett (Exhibit B) at ¶ 3. *See also The Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1186, 1192-95 (2010).

9. The plaintiff and defendant are citizens of different states and thus complete diversity of citizenship exists here.

**Amount in Controversy**

10. "[T]he general Federal rule is to decide the amount in controversy from the complaint itself." *Horton v. Liberty Mutual Ins. Co.*, 367 U.S. 348, 353 (1961). *See Phoenix Ins. v. WSG Management Co.*, No. 10-22706, 2011 WL 13860, at *2-3 (S.D. Fla. Jan. 4, 2011) (finding diversity jurisdiction where the complaint alleged that defendant owed plaintiff $178,216 in missed payments pursuant to an insurance contract); *Bartram, LLC v. C.B. Contractors, LLC*, No. 1:09-cv-254, 2010 WL 3199738, at *3 (N.D. Fla. Aug. 10, 2010) (complaint requesting more than $75,000 for a breach of contract claim sufficient to meet the amount in controversy requirement for federal diversity jurisdiction).

11. FOCUS alleges that Lockheed Martin failed to render two separate payments, each in the amount of $275,000, which were due to be paid on January 15, 2010, and July 15, 2010. Compl. at ¶¶ 20-23, 38, 40. FOCUS further claims that Lockheed Martin was "obligated to pay an additional $275,000 under the Agreement" on January 15, 2011.[1] Compl. at ¶ 45.

---

[1] The Complaint was filed on January 11, 2011, four days before the third payment was allegedly due.

12. FOCUS alleges in the Complaint that Lockheed Martin owes it a past due amount of $550,000.[2] Compl. at ¶ 43. FOCUS also indicates that it anticipates future breaches of the purported agreement. Compl. at ¶ 47. FOCUS is thus seeking damages in an amount potentially higher than that already specified in the Complaint.

13. Because FOCUS is seeking at least $550,000 in damages, not including interest and costs, this matter meets the amount in controversy requirement for federal diversity jurisdiction. *See* 28 U.S.C. § 1332(a).

Dated: January __, 2011                    Respectfully submitted,

/s/ L. Norman Vaughan-Birch
L. NORMAN VAUGHAN-BIRCH
Florida Bar No. 0116463
KIRK-PINKERTON, P.A.
50 Central Avenue, Suite 700
P.O. Box 3798
Sarasota, FL  34230
(941) 364-2400

*Attorney for Defendant Lockheed Martin Corp.*

---

[2] FOCUS has alternatively requested equitable relief in the form of specific performance under the agreement. Compl. at pp. 6-7.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing Notice of Removal was furnished to the following counsel by U.S. Mail, postage prepaid, this 1st day of February, 2011:

Jeanne Marie Zokovitch Paben, Esq.
Barry University
Dwayne O. Andreas School of Law
6441 E. Colonial Drive
Orlando, FL 32807

*/s/ [signature]*