UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FAMILY ORIENTED COMMUNITY
UNITED STRONG, INC.,

    Plaintiff,

v.                                        Case No:  8:11-CV-217-T-30AEP

LOCKHEED MARTIN CORPORATION,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #29). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

Case 8:11-cv-00217-JSM-AEP   Document 30   Filed 03/15/11   Page 2 of 2 PageID 438

1. The Report and Recommendation (Dkt. #29) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Temporary Restraining Order (Dkt. #21) is DENIED.

3. Defendant's request for an award of costs and attorneys' fees is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on March 15, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2011\11-cv-217.adopt 29.wpd

Page 2 of 2