UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FAMILY ORIENTED COMMUNITY**
**UNITED STRONG, INC.,**

    **Plaintiff,**

**v.**                                                    Case No.  8:11-cv-217-T-30AEP

**LOCKHEED MARTIN CORPORATION,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss or for Summary Judgment on Plaintiff's First Amended Complaint (Dkt. #42), and Plaintiff's Response (Dkt. #43). Upon consideration, the Court concludes that the Motion should be denied.

The Amended Complaint (Dkt. #38) adequately sets forth allegations of consideration both in the form of benefit to Defendant and detriment to Plaintiff. The Amended Complaint explains that it was of benefit to the Defendant to have an independent group with independent consultants monitoring for the required remediation of the contamination. In reliance, Plaintiff hired staff and experts and proceeded to perform under the agreement. Defendant acknowledged the agreement by making the payments as required for some period of time. The question now appears to be what remedy is appropriate if, in fact, Defendant chooses to breach the contract.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion to Dismiss or for Summary Judgment on Plaintiff's First Amended Complaint (Dkt. #42) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 28, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-217.mtd 42.frm