UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FAMILY ORIENTED COMMUNITY
UNITED STRONG, INC.

Plaintiff,

v.                                                          Case No. 8:11-cv-217-T-30AEP

LOCKHEED MARTIN CORPORATION

Defendant.

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, Family Oriented Community United Strong, Inc., and against Defendant, Lockheed Martin Corporation, in the amounts of $1,725,000 for past economic loss and $1,275,000 for future economic loss, totaling $3,000,000 in economic losses.

Date: December 3, 2012                    SHERYL L. LOESCH, CLERK

                                          *Dan Boswell*
                                          By: S. Boswell, Deputy Clerk