# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**FAMILY ORIENTED COMMUNITY
UNITED STRONG, INC.,**

    **Plaintiff,**

**v.**                                                                **Case No.  8:11-cv-217-T-30AEP**

**LOCKHEED MARTIN CORPORATION,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Tax Costs (Dkt. 175) and Bill of Costs (Dkt. 176).[1]  The Court, having considered the motion, bill of costs, and being otherwise advised of the premises, concludes that Plaintiff Family Oriented Community United Strong, Inc., should be awarded a cost judgment in the amount of $5,536.80.

Family Oriented brought an action against Defendant Lockheed Martin Corporation for breach of contract.  After the Court entered a directed verdict on the issues of the existence of a contract and a material breach, a jury awarded Family Oriented damages in the amount of $3,000,000.  On December 3, 2012, the Clerk entered judgment in favor of Family Oriented.  As the prevailing party, Family Oriented seeks an award of costs totaling $5,536.80 under Federal Rule of Civil Procedure 54(d)(1).

_____

[1]Plaintiff indicated that counsel for the Defendant did not oppose this motion. The Court will therefore consider the requested costs without objections from the Defendant.

28 U.S.C. § 1920 sets forth the categories of trial expenses recoverable under Rule 54(d)(1). A district court may tax as costs the following:

(1) Fees of the clerk and marshal;

(2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;

(3) Fees and disbursements for printing and witnesses;

(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;

(5) Docket fees under section 1923 of this title;

(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

28 U.S.C. § 1920. Absent explicit statutory or contractual authorization, the Court is limited to those costs specifically enumerated in § 1920. *See Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 445 (1987).

Fees of the clerk and marshal include filing fees and are clearly taxable. 28 U.S.C. § 1920(1); *EEOC v. W & O, Inc.*, 213 F.3d 600, 623 (11th Cir. 2000). Family Oriented seeks fees in the amount of $400 for the original filing fee paid to the Manatee County Court Clerk. Since filing fees, including ones paid to the state court prior to removal, are taxable, the Court will award costs to Family Oriented in the amount of $400 for the original filing fee. *See Butler v. Wright*, 2010 WL 599387, *5 (M.D. Fla. Feb. 16, 2010) (awarding costs for state court filing fees incurred before removal to federal court).

Family Oriented seeks $4,602.50 for the transcripts of five depositions "necessarily obtained for use in the case."  28 U.S.C. § 1920(2).  "Deposition costs associated with summary judgment and depositions of deponents listed on the losing party's witness list are recoverable."  *Burns v. City of Cape Coral*, 2012 WL 5381944, *2 (M.D. Fla. Nov. 1, 2012) (citing *EEOC v. W&O, Inc.*, 213 F.3d 600, 620-21 (11th Cir. 2000) ("We have upheld the taxation of a deposition where the losing party listed the deponent on its witness list.")).  All five of the deponents were listed on Lockheed's witness list.  *See* Dkt. 143.  Therefore, all five transcripts are recoverable, and the Court will award costs to Family Oriented in the amount of $4,602.50 for the transcripts of these five witnesses.

Fees for making "copies of any materials where the copies are necessarily obtained for use in the case" are recoverable costs.  28 U.S.C. § 1920(4).  Family Oriented seeks costs for printing copies of its documentary evidence used at trial in the amount of $534.30.  As these copies were necessarily obtained for use in the case, the Court will award costs to Family Oriented in the amount of $534.30 for copying fees.

In sum, the Court awards Family Oriented costs in the total amount of $5,536.80.

It is therefore ORDERED AND ADJUDGED that:

1.      Plaintiff's Motion to Tax Costs (Dkt. 175) is GRANTED.

2.      The Clerk shall enter an award a costs in favor of Plaintiff Family Oriented Community United Strong, Inc., and against Defendant Lockheed Martin Corporation in the amount of $5,536.80.

3.      This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-217.costs.frm